FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY VELA, | No. 2:19-cv-00019-SMJ |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| WAL-MART STORES INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Motion for Protective Order, ECF No. 24, is **GRANTED** and the parties' Proposed Stipulated Protective Order, ECF No. 24, is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

STIPULATED PORTECTIVE ORDER – 1