FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY VELA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | No.  2:19-cv-00019-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 23, 2021, the parties filed a stipulated dismissal, ECF No. 50. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

　　**1.**　The parties' Stipulated Motion and Proposed Order of Dismissal, **ECF No. 50**, is **GRANTED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

　　**4.**　All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2